**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.          Case No. 06-15049

SHARON T. IRVIN,          Honorable: John Corbett O'Meara

        Defendant.

        Claim Number: C99-07181

---

**ORDER SETTING ASIDE DEFAULT JUDGMENT**
**AND ENTERING DISMISSAL WITHOUT PREJUDICE**

At a session of said Court held in the City of Ann Arbor, County of Washtenaw, State of Michigan on January 22, 2007;

PRESENT: JOHN CORBETT O'MEARA
U.S. DISTRICT JUDGE

This matter having come before the Court on the Plaintiff's Petition, and the Court being otherwise advised;

**IT IS HEREBY ORDERED** that the Civil Judgment entered on 12/29/2006 against SHARON T. IRVIN is hereby set aside and the case is dismissed without prejudice.

SO ORDERED.


Dated: January 22, 2007          s/John Corbett O'Meara
        United States District Judge